# EXHIBIT 1

DEC-BP-04(1)

**The Hartford Mutual Insurance Companies**

Bel Air, Maryland 21014-3544

**Company:** Firstline National Insurance Company

**Policy Number:** 8192011    **Renewal of:** 8185864          **BUSINESSOWNERS DECLARATIONS**

**Named Insured and Mailing Address**          **Agency Name and Address**

```
HUMANS & RESOURCES, LLC              4327-BAS   MONTGOMERY INS. SERVICES, INC.
T/A CADENCE                                     330 W. STATE STREET
161 W GIRARD AVENUE                             MEDIA, PA 19063
PHILADELPHIA, PA 19123                          (610) 565-8280
```

**Policy Period:** **From** 01/01/2020 **to** 01/01/2021 **at 12:**01 A.M. Standard Time at your mailing address shown above.
**In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.**

```
BUSINESS DESCRIPTION: RESTAURANT
FORM OF BUSINESS: Limited Liability Company
-------------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 1, BUILDING 1

    PREMISES ADDRESS:                    Construction: Joisted Masonry
    161 W GIRARD AVE                     Protection Class: 1
    PHILADELPHIA, PA 19123
    COUNTY: PHILADELPHIA

    Occupancy: Restaurant

    PROPERTY COVERAGES:  ($1,000 property deductible per occurrence)   LIMIT OF INSURANCE
    BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%......................$  100,000
    BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
    MONEY & SECURITIES - Maximum Inside the Premises Limit..................$   10,000
                       - Maximum Outside the Premises Limit.................$   10,000
-------------------------------------------------------------------------------
LIABILITY AND MEDICAL EXPENSES:  See Liability and Medical Expenses Schedule
-------------------------------------------------------------------------------
FORMS AND ENDORSEMENTS:  See Form Schedule
-------------------------------------------------------------------------------
PREMIUM:   Annual Premium: $5,790
-------------------------------------------------------------------------------
BReilly
```

```
(1) 2019/10/01-1.00(37)              Countersigned: _____
ISSUE DATE: 11/18/2019 #1                            (Authorized Representative)  (Date)
                                        FILE COPY
```

---
LIABILITY AND MEDICAL EXPENSES SCHEDULE
---
SECTION II - LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we
provide during the applicable annual period.  Please refer to Section II-Liability
in the Businessowners Coverage Form and any attached endorsements.

```
LIABILITY COVERAGE*                                      LIMIT OF INSURANCE
    Liability and Medical Expenses (Per Occurrence)...........................$1,000,000
    Medical Expenses (Per Person)..............................................$    5,000
    Damage to Premises Rented to You (Any One Premises)......................$   50,000
    Other Than Products/Completed Operations Aggregate......................$2,000,000
    Products/Completed Operations Aggregate.................................$2,000,000

    *Optional Property Damage Liability Deductible May Apply. Refer to
    Forms Schedule for Deductible Information (If Applicable).
```
---



```
--------------------------------------------------------------------------------
IMPORTANT NOTICES TO POLICYHOLDERS
--------------------------------------------------------------------------------
        BP0571  (0115) DISCLOSURE OF PREMIUM & ESTIMATED PREMIUM/CERTIFIED ACTS OF TERRORISM
                              (A) PREMIUM THROUGH 12/31/2020 $71
                              (B) ESTIMATED PREMIUM BEYOND 12/31/2020 $-0
                              Federal share of terrorism losses 80% Year 2020 and after.


        BPMS004 (1017) BUSINESSOWNERS AUDIT NONCOMPLIANCE FACTOR ADVISORY NOTICE
        BPMS007 (0120) NOTICE TO POLICYHOLDERS-POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE
        BPMS12-1       BUSINESSOWNERS EQUIPMENT BREAKDOWN
        ILMS001 (0117) FLOOD INSURANCE NOTICE
        ILMS003 (0115) POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE
        ILMS013 (0417) POLICYHOLDER NOTICE REGARDING CYBER LIABILITY COVERAGE
        ILMS014 (0416) NOTICE REGARDING CLAIMS-MADE COVERAGE ON YOUR POLICY
        ILMS015 (0417) POLICYHOLDER NOTICE REGARDING EMPLOYMENT PRACTICES LIABILITY COVERAGE
        ILMS016 (1015) CUSTOMER PRIVACY POLICY
        ILMS018 (0718) IMPORTANT POLICYHOLDER INFORMATION CONCERNING BILLING AND POLICY FEES
        ILMS019 (1119) UNDERSTANDING THE AUDIT PROCESS COULD SAVE YOU MONEY
        ILMS11  (0604) ADVISORY NOTICE TO POLICYHOLDERS - OFAC
        ILMS11-1(0411) PROTECTIVE SAFEGUARD ENDORSEMENT ADVISORY NOTICE
        ILMS93-1(0908) LEAD LIABILITY EXCLUSION
        ILN088  (0903) PENNSYLVANIA FRAUD STATEMENT




--------------------------------------------------------------------------------
                                  FORM SCHEDULE
--------------------------------------------------------------------------------
FORMS AND ENDORSEMENTS APPLYING TO AND MADE A PART OF THIS POLICY AT TIME OF ISSUE:
--------------------------------------------------------------------------------
        BP0003  (0713) BUSINESSOWNERS COVERAGE FORM
        BP0142  (0315) PENNSYLVANIA CHANGES
        BP0191  (0702) PENNSYLVANIA NOTICE
        BP0501  (0702) CALCULATION OF PREMIUM
        BP0517  (0106) EXCLUSION - SILICA OR SILICA-RELATED DUST
        BP0523  (0115) CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
        BP0538  (0115) EXCLUSION-OTHER ACTS OF TERRORISM; CAP ON CERTIFIED ACTS OF TERRORISM
        BP0542  (0115) EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM
        BP0564  (0115) CONDITIONAL EXCLUSION OF TERRORISM
                       FIRE EXCEPTION STATES: GA, NC, NJ & VA

        BP0577  (0106) FUNGI OR BACTERIA EXCLUSION (LIABILITY)
        BP0598  (0713) AMENDMENT OF INSURED CONTRACT DEFINITION
        BP1504  (0514) EXCLUSION-ACCESS/DISCLOSURE W/LTD BODILY INJURY EXCEPTION
        BPHG10  (0910) EXCLUSION - LEAD CONTAMINATION
        BPHG25  (0517) AUDIT NONCOMPLIANCE FACTOR ENDORSEMENT
        BPHG51  (0105) ASBESTOS EXCLUSION ENDORSEMENT
        BPHG58  (0908) TOBACCO HEALTH HAZARD EXCLUSION
        BPHG64  (0713) GREEN ENVIRONMENTAL AND EFFICIENCY IMPROVEMENTS
        BPHG79  (0713) EXCLUSION-LOSS DUE TO BY-PRODUCTS OF PRODUCTION/PROCESSING OPERATIONS
        BPHG93  (0618) PENNSYLVANIA CHANGES
        BPHG97  (0517) EXCLUSION-UNMANNED AIRCRAFT
        BPIN01  (0713) BUSINESSOWNERS COVERAGE FORM INDEX
        BP0404  (0110) HIRED AUTO AND NON-OWNED AUTO LIABILITY......................224.00
                       Coverage: Hired Auto Liab. & Non-Owned Auto Liab.


        BP0430  (0713) PROTECTIVE SAFEGUARDS
                       Symbols Applicable: P-5
                              Premises 1, Building 1


        BP0448  (0713) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION..........24.00
                       Designated Person: FANTANTA
```

```
BP0448  (0713) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION.........24.00
               Designated Person: METRO CORP DBA PHILADELPHIA MAGAZINE
               Organization: AND DJF GROUP, INC


BP0456  (0713) UTILITY SERVICES - DIRECT DAMAGE.............................36.00
               Type: Public
               Water Supply: Included
               Communication Supply: Not Included
               Power Supply: Included
               Overhead Power: Included
           Overhead Communication: Not Included
               Covered Property: Personal Property Only
               Limit: $10,000
               Premises 1, Building 1


BP0457  (0713) UTILITY SERVICES - TIME ELEMENT.............................82.00
               Water Supply: Included
               Communication Supply: Included
               Power Supply: Included
               Overhead Power: Included
           Overhead Communication: Included
               Utility Service Limit: $10,000
               Wastewater Removal: Not Included
               Premises 1, Building 1


BP0497  (0106) WAIVER - TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US
               Name: SEE BE-24


BP1203  (0110) LOSS PAYABLE CLAUSES
               Applicable Clause: A
               Loss Payee Name: FANTANTA
               Loss Payee Address: 30 N. SECOND STREET
               City, St., Zip: PHILADELPHIA, PA 19122
               Premises 1, Building 1


BP1231  (0110) ADDITIONAL INSURED - BUILDING OWNER
               Building Description: RESTAURANT
               Building Owner Name: TBA
               Building Owner Address: 161 W GIRARD AVE., PHILADELPHIA, PA  19123
               Premises 1, Building 1


BP1488  (0713) PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION
BP1489  (0713) LIQUOR LIABILITY COV-BRING YOUR OWN ALCOHOL ESTABLISHMENTS (MP)438.00
           Aggregate/Ea. Cause Limit: $1,000,000

BPHG40  (1017) EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT....................101.00
BPHG60  (0713) BUSINESSOWNERS IMPROVED VALUE ENDORSEMENT PLUS.................336.00
BPHG80  (0618) EMPLOYMENT-RELATED PRACTICES LIABILITY ENDORSEMENT............370.00
               ****THIS COVERAGE IS CLAIMS MADE, READ YOUR POLICY CAREFULLY****
               ****DEFENSE COSTS ARE WITHIN POLICY LIMITS****
               Each Claim Limit: $100,000
               Aggregate Limit: $100,000
               Deductible Each Claim: $5,000 Each Claim
               Retroactive Date: 01/01/2018


ILHG06  (0814) EARLIER NOTICE OF CANCELLATION - SCHEDULED PERSON OR ORG
               Name of Person: METRO CORP DBA PHILADELPHIA MAGAZINE &
           Name of Organization: DJF GROUP, INC.
               Mailing Address: 601 WALNUT STREET SUITE 200 EAST
                              : PHILADELPHIA, PA 19106
           # of Days Advance Notice: 30


ILHG07  (0416) CYBER LIABILITY ENDORSEMENT CLAIMS-MADE & REPORTED COVERAGE....115.00
               ****THIS COVERAGE IS CLAIMS MADE, READ YOUR POLICY CAREFULLY****
               ****DEFENSE COSTS ARE WITHIN POLICY LIMITS****
```

Retroactive Date: 01/01/2018

```
BE-24   (0196) WAIVER - TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS
-------------------------------------------------------------------------------
                  COVERAGE EXTENSIONS AND/OR MISCELLANEOUS CHARGES
-------------------------------------------------------------------------------
   CUSTOMER SEATING.............................................360.00
                        Premises 1, Building 1


-------------------------------------------------------------------------------
                  OTHER CHARGES APPLIED TO THIS POLICY
-------------------------------------------------------------------------------
Terrorism Risk Insurance Program Reauthorization Act of 2015 - Certified Acts -
Premium Charged...............................................71.00
```



(5) POLICY: 8192011 2019/10/01-1.00(37)
ISSUE DATE: 11/18/2019 #1

# The Hartford Mutual Insurance Companies

Bel Air, Maryland  21014-3544

**Company:** Firstline National Insurance Company

**Policy Number:** 8192011      **Renewal of:** 8185864

| | |
|---|---|
| **Named Insured and Mailing Address** | **Agency Name and Address** |

HUMANS & RESOURCES, LLC
T/A CADENCE
161 W GIRARD AVENUE
PHILADELPHIA, PA 19123

4327-BAS   MONTGOMERY INS. SERVICES, INC.
330 W. STATE STREET
MEDIA, PA 19063
(610) 565-8280

**Policy Period:   From**   01/01/2020 to 01/01/2021   **at 12:01** A.M. Standard Time at your mailing address shown above.

**In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.**

Waiver - Transfer of Rights of Recovery Against Others

Form Number: BE-24

METRO CORP DBA PHILADELPHIA MAGAZINE & DJF GROUP, INC.

(6) POLICY: 8192011 2019/10/01-1.00(37)
ISSUE DATE: 11/18/2019 #1

**FILE COPY**