IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
HUMANS & RESOURCES, LLC,           :
d/b/a CADENCE RESTAURANT,          :   CIVIL ACTION
                                   :
        Plaintiff                  :
                                   :   NO. 20-CV-2152
    vs.                            :
                                   :
FIRSTLINE NATIONAL INSURANCE       :
COMPANY,                           :
                                   :
        Defendant                  :
```

**O R D E R**

AND NOW, this    8th    day of January, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 17), it is hereby ORDERED that the Motion is DENIED for the reasons outlined in the attached Memorandum Opinion.

                                                BY THE COURT:

                                                s/ J. Curtis Joyner

                                                _____
                                                J. CURTIS JOYNER,      J.