IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HUMANS & RESOURCES, LLC**, *d/b/a Cadence Restaurant*,<br><br>    Plaintiff,<br><br>    v.<br><br>**FIRSTLINE NATIONAL INSURANCE COMPANY**,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 20-2152-KSM |

## ORDER

**AND NOW**, this 4th day of March, 2022, upon consideration of Defendant's Motion to Preclude Testimony of Expert, Jeffrey Stempel (Doc. No. 30), Plaintiff's Opposition to Defendant's Motion to Preclude (Doc. No. 40), Defendant's Motion for Summary Judgment (Doc. No. 31), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. No. 40), Plaintiff's Motion for Summary Judgment (Doc. No. 34), and Defendant's Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 38), it is **ORDERED** as follows:

1. Defendant's Motion to Preclude Testimony of Expert, Jeffrey Stempel (Doc. No 30) is **GRANTED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 31) is **GRANTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 34) is **DENIED**;

4. The Clerk of Court **SHALL** mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.